

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Earnest Lee Miles, Jr., Appellant

No. 06-21-00120-CR      v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 20-0111X). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice Carter* participating. *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's nunc pro tunc judgment to reflect that sentence was imposed on July 20, 2021, rather than July 26, 2021. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Earnest Lee Miles, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 22, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk